UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEB HANA BANK USA, N.A. f/k/a BNB
HANA BANK, N.A.,

    Plaintiff,

v.

JOHN WAYNE CAMPBELL,

    Defendant.

Case No. 1:21-CV-01864 (PKC)

**STIPULATION OF DISMISSAL**

    A settlement of all matters and things in dispute between the below named parties having been made, it is hereby:

    **STIPULATED AND AGREED**, by and between the respective parties hereto, Plaintiff, KEB HANA BANK USA, N.A. f/k/a BNB HANA BANK, N.A., and Defendant, JOHN WAYNE CAMPBELL, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice, the aforesaid parties to bear their own costs and attorney fees.

DATED:    New York, New York
             May 3, 2022

_____
Rocco Luisi, Esq.
Jaffe & Asher, LLP
Attorneys for Plaintiff
75 Claremont Road, Suite 306
Bernardsville, NJ 07924
Telephone No.: (646) 313-2548

_____
Robert Daniel Hogan, Esq.
Boatman Ricci
Attorneys for Defendant
3021 Airport-Pulling Rd. N. Suite 202
Naples, FL 34105
Telephone No.: (239) 330-1494

_____
Desmond C.B. Lyons, Esq.
Lyons McGovern, LLP
Local Counsel for Defendant
399 Knollwood Road, Suite 216
White Plains, NY 10603
Telephone No.: (914) 631-1336